

E-FILED

NOV – 4 2019

Document # _____

JSL

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**DAVID KELLEY,** individually and on behalf of all others similarly situated,

      Plaintiff,

      v.

**NEWMARK MANAGEMENT GROUP,** business entity type unknown; **ARMSTEAD LEGAL CENTER,** business entity type unknown; **MICHAEL MARTINEZ,** individually and in his official capacity; **MARK SMITH,** individually and in his official capacity; **MICHAEL SMITH,** individually and in his official capacity; and **JONATHAN CARTWRIGHT,** individually and in his official capacity,

      Defendants.

**CASE NO.:** 5:18-CV-02440-PSG-SP

**[PROPOSED] ORDER**

## ORDER

Having considered the Parties' stipulation requesting dismissal as to the entire case and good cause having been shown:

**IT IS HEREBY ORDERED** that the stipulation is **GRANTED** and the above captioned action is dismissed with prejudice as to Plaintiff's individual claims and without prejudice as to the claims of the putative class, with each party bearing their respective attorney's fees and costs.

**IT IS SO ORDERED.**

DATED: _____ u/4 _____, 2019

_____

Hon. Judge Philip S. Gutierrez